IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CANDRA CLARK                                                          PETITIONER

v.                                              CIVIL CASE NO. 4:23-CV-063-SA-RP

STATE OF MISSISSIPPI                                       RESPONDENT

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on April 5, 2023. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This, the 10th day of April, 2023.

                                                                 /s/ Sharion Aycock
                                                                 UNITED STATES DISTRICT JUDGE