# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**CANDRA CLARK**                                                                                  **PETITIONER**

**v.**                                              **CIVIL CASE NO. 4:23-CV-063-SA-RP**

**STATE OF MISSISSIPPI**                                             **RESPONDENT**

## ORDER OF RECUSAL

The above styled and numbered case was assigned to United States Magistrate Judge Roy Percy Aycock on April 5, 2023. Judge Percy, on his own motion, hereby RECUSES himself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States Magistrate Judge in the Northern District of Mississippi.

This, the 10th day of April, 2023.

                                                                    /s/ Roy Percy
                                                                  UNITED STATES MAGISTRATE JUDGE